■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ROJAS, Appellant. [610 NYS2d 830] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Linakis, J.), rendered February 20, 1992.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v*

*Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Sullivan, J. P., Lawrence, Pizzuto, Joy and Goldstein, JJ., concur.